

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**JOHANNA RAE HUDGENS**
Associate Attorney
(212) 294-6734
jhudgens@winston.com

May 7, 2020

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

          Re:    *United States v. Burling*, 1:12-cr-00868-NRB

Dear Judge Buchwald:

      I write on behalf of defendant John Nichols Burling. Mr. Burling's term of post-conviction supervision ended on April 27, 2020. On May 6, 2020, in response to my inquiry, Assistant Deputy Chief U.S. Probation Officer Patrick R. Carroll confirmed by email that the District of South Carolina Probation Office is in possession of Mr. Burling's (expired) passport and will release it to Mr. Burling upon the entry of an Order from this Court. I therefore respectfully request that the Court endorse this letter directing the United States Probation Office to release Mr. Burling's passport to him.

                                                              Respectfully submitted,

                                                             *s/ Johanna Rae Hudgens*
                                                             Johanna Rae Hudgens

cc:      Assistant United States Attorney Daniel Charles Richenthal (*by ECF*)
         Assistant Deputy Chief U.S. Probation Officer Patrick R. Carroll (*by email*)